FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 APR 23  PM 1:52

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CHRISTOPHER LOUIS CLARK**　　　　　　　　　　CIVIL ACTION

**VERSUS**　　　　　　　　　　　　　　　　　　　　NO. 07-2732

**WARDEN GENE CROSBY, ET AL.**　　　　　　　　SECTION: "F"(3)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 22nd day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____